IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER LEE CHAMPION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:20-CV-554-RAH-CSC |
| WARDEN HENLINE, et al., | ) ) ) |
| Defendants. | ) ) |

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on March 11, 2021. (Doc. 32.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 12th day of April, 2021.

                                              /s/ R. Austin Huffaker, Jr.
                                              R. AUSTIN HUFFAKER, JR.
                                              UNITED STATES DISTRICT JUDGE